MARY E. TURNBULL, respondent,

*v.*

EIGHT CREDITORS CORPORATION, INCORPORATED, appellant.

[Decided February 1st, 1932.]

*Mr. Frederick J. Greenberg,* for the respondent.

*Messrs. Kanter & Kanter,* for the appellant.

PER CURIAM.

The decree appealed from will be affirmed, for the reasons stated in the opinion filed in the court below by Vice-Chancellor Backes, and reported in *108 N. J. Eq. 9.*

*For reversal*—None.